## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS JOURNEYMAN AND APPRENTICE TRAINING TRUST; and TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>DRAEGER CONSTRUCTION, LLC, a Nevada limited liability company; DESIGN BUILDERS, LTD., a Nevada corporation, d/b/a DESIGN BUILDERS; ORION CORP., a Nevada corporation, d/b/a ORION OF NEVADA; ROCK & WATERSCAPE CREATIONS, INC., a Nevada corporation; WM MASTERS AND ASSOCIATES, INC., a Texas corporation; and DOES I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:10-cv-1300-KJD-LRL<br><br><br>**JUDGMENT** |

Upon application by Plaintiffs herein for a default judgment pursuant to FED. R. CIV. P. 55(b)(2) and it appearing to the Court that the default of Defendant Draeger Construction, LLC was entered on September 2, 2010 in the office of the Clerk of this Court; that the default of Defendant Orion Corp. d/b/a Orion of Nevada was entered on September 7, 2010

in the office of the Clerk of this Court; that the default of Defendant Rock & Waterscape Creations, Inc. was entered on October 12, 2010 in the office of the Clerk of this Court; and that such Defendants have failed to provide to this Court good cause to set their respective defaults aside,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Plaintiffs TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS JOURNEYMAN AND APPRENTICE TRAINING TRUST; and TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST shall recover from Defendants the following amounts:

*From* Draeger Construction, LLC ....................................................... **$ 538.67**;
*from* Orion Corp. d/b/a Orion of Nevada . ......................................... **$ 30,415.72**; and
*from* Rock & Waterscape Creations, Inc. .......................................... **$ 1,771.19**

Dated: November 3, 2010

_____
UNITED STATES DISTRICT JUDGE