# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TRUSTEES OF THE OPERATING
ENGINEERS PENSION TRUST, *et al.*,

     Plaintiffs,

v.

DESIGN BUILDERS, LTD, *et al.*,

     Defendants.

Case No. 2:10-CV-01300-KJD-LRL

**ORDER**

     Presently before the Court is Defendant Design Builders' Motion for Leave to File Amended Answer and Third-Party Complaint (#21).  Plaintiffs filed a Notice of Non-opposition (#23) on August 8, 2010.  Accordingly, good cause being found, Defendant Design Builders' Motion is **GRANTED.**  Defendant shall file its amended answer and third-party complaint within ten (10) days of the entry of this order.

**IT IS SO ORDERED.**

     DATED this 10th day of November 2010.


_____
Kent J. Dawson
United States District Judge