# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TRUSTEES OF THE OPERATING
ENGINEERS PENSION TRUST, *et al.*,

    Plaintiffs,

v.

DRAEGER CONSTRUCTION, LLC, *et al.*,

    Defendants.

Case No. 2:10-CV-01300-KJD-LRL

**ORDER**

On January 4, 2012, the Court granted in part and denied in part Plaintiff's motion for summary judgment (#36). The Court granted the motion as to liability, but denied the motion as to damages. On April 10, 2012, the Court ordered (#37) the parties to file a Joint Pre-Trial Order within thirty days. On May 10, 2012, the Court granted (#39) the parties' stipulation to extend time to file the Joint Pre-Trial Order for thirty (30) days based on the assertion that settlement was nearly complete. Since that date, no action of record has been taken. Accordingly, the parties are ordered to file a joint status report, stipulation to dismiss, or joint pre-trial order within fourteen (14) days of the entry of this order.

**IT IS SO ORDERED**.

DATED this 6th day of August 2012.

                                                    Kent J. Dawson
                                                    United States District Judge